HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
TUNG PHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TUNG PHAM,<br><br>Defendant. | Case No. 2:24-CR-00326-DJC<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE:   April 24, 2025<br>TIME:   9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Defendant, TUNG PHAM, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for a status conference on April 24, 2025.

2. By this stipulation, defendant now moves for continuance of the status conference until August 28, 2025, at 9:00 a.m., and to exclude time between April 24, 2025 and August 28, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes various law enforcement and investigative reports, financial documents, and administrative records, totaling over 7200 bates-stamped pages. This discovery has

been produced directly to defense counsel.

b) Counsel for the defendant is in the process of reviewing all discovery, and conducting her own independent factual investigation and legal research. She requires more time to do so, and to discuss with her client her findings and analysis, case resolution and sentencing options, and any future plea offers.

c) In addition, counsel for the defendant will be on extended medical leave from approximately May through November, 2025.

d) Counsel for the defendant believes that the failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 24, 2025, to August 28, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

//

//

//

|     |                          |                                                                                                                   |
| --- | ------------------------ | ----------------------------------------------------------------------------------------------------------------- |
| 1   |                          | Respectfully submitted,                                                                                           |
| 3   |                          | HEATHER E. WILLIAMS<br>Federal Defender                                                                           |
| 5   | Dated: April 17, 2025    | */s/ Meghan D. McLoughlin*<br>MEGHAN D. McLOUGHLIN<br>Assistant Federal Defender<br>Attorney for Defendant<br>TUNG PHAM |
| 9   | Dated: April 17, 2025    | */s/ Matthew Thuesen*<br>MATTHEW THUESEN<br>Assistant United States Attorney                                       |

## ORDER

**IT IS SO FOUND AND ORDERED** this 18th day of April, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

*United States v. Pham* – Stipulation to Continue Status Conference; Order