HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN D. McLOUGHLIN, #354051
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
(916) 498-5700 Fax (916) 498-5710

Attorney for Defendant
TUNG PHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>)<br>vs. )<br>)<br>TUNG PHAM, )<br>)<br>Defendant, )<br>)<br>_____ ) | Case No. 2:24-CR-00326-DJC<br><br>REQUEST FOR RULE 43 WAIVER OF<br>APPEARANCE AND ORDER |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, Tung Pham,
hereby waives the right to be present in person in open court or by video teleconference for all
non-substantive proceedings in this case, including when the case is set for trial, when a
continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention
hearing is held, and when any other action is taken by the Court before or after trial, except upon
such critical stages as an arraignment, change of plea, empanelment of jury and imposition of
sentence.

Defendant hereby requests the Court to proceed during every absence which the Court
may permit pursuant to this waiver, and agrees that his interests will be represented at all times
by the presence of his attorney, the same as if the defendant were personally present.  The
defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174

1  (Speedy Trial Act), and authorizes his attorney to set times and dates under that Act without the

2  defendant's personal presence.

3          The original signed copy of this waiver is being preserved by the attorney undersigned.

4
   Dated: May 7, 2025
5                                              */s/ Tung Pham*
                                               TUNG PHAM
6                                              Defendant
                                               (original signature on file with defense counsel)
7

8
   Dated:  May 7, 2025
9
                                               */s/ Meghan McLoughlin*
10                                             MEGHAN McLOUGHLIN
                                               Assistant Federal Defender
11                                             Attorney for Defendant

12

13         IT IS SO ORDERED.

14 Dated:  May 7, 2025

15                                             */s/ Daniel J. Calabretta*
16                                             HONORABLE DANIEL J. CALABRETTA
                                               United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

*United States v. Tung Pham*                          *Request for Rule 43 Waiver of Appearance*
*(2:24-cr-00326-DJC)*