HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
TUNG PHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>TUNG PHAM,<br><br>                    Defendant. | Case No. 2:24-CR-00326-DJC<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE:    December 4, 2025<br>TIME:      9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Defendant, TUNG PHAM, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1.  By previous order, this case was set for a status conference on December 4, 2025.

2.  By this stipulation, defendant now moves for continuance of the status conference until February 5, 2026, at 9:00 AM, and to exclude time between December 4, 2025 and February 5, 2026, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes various law enforcement and investigative reports, financial documents, and administrative records, totaling over 7200 bates-stamped pages.  This discovery has

1        been produced directly to defense counsel.

2    b) Counsel for the defendant recently returned from extended medical leave and is still in

3        the process of reviewing all discovery, and conducting her own independent factual

4        investigation and legal research.  She requires more time to do so, and to discuss with

5        her client her findings and analysis, case resolution and sentencing options, and any

6        future plea offers.

7    c) Counsel for the defendant believes that the failure to grant the above-requested

8        continuance would deny her the reasonable time necessary for effective preparation,

9        taking into account the exercise of due diligence.

10   d) The government does not object to the continuance.

11   e) Based on the above-stated findings, the ends of justice served by continuing the case

12       as requested outweigh the interest of the public and the defendant in a trial within the

13       original date prescribed by the Speedy Trial Act.

14   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et

15       seq., within which trial must commence, the time period of December 4, 2025, to

16       February 5, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§

17       3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by

18       the Court at defendant's request on the basis of the Court's finding that the ends of

19       justice served by taking such action outweigh the best interest of the public and the

20       defendant in a speedy trial.

21   4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the

22       Speedy Trial Act dictate that additional time periods are excludable from the period within

23       which a trial must commence.

24       IT IS SO STIPULATED.

25   //

26   //

27   //

28   //

*United States v. Pham* – Stipulation to Continue Status Conference; Order

1                                            Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: December 1, 2025          */s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
TUNG PHAM

ERIC GRANT
United States Attorney

Dated: December 1, 2025          */s/ Matthew Thuesen*
MATTHEW THUESEN
Assistant United States Attorney

## ORDER

**IT IS SO FOUND AND ORDERED** this 1st day of December, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

*United States v. Pham* – Stipulation to Continue Status Conference; Order