HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
TUNG PHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TUNG PHAM,<br><br>Defendant. | Case No. 2:24-CR-00326-DJC<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE:   May 28, 2026<br>TIME:    9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Defendant, TUNG PHAM, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for a status conference on May 28, 2026.

2. By this stipulation, defendant now moves for short continuance of the status conference until June 25, 2026, at 9:00 a.m., and to exclude time between May 28, 2026 and June 25, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes various law enforcement and investigative reports, financial documents, and administrative records, totaling over 7200 bates-stamped pages.  This discovery has

been produced directly to defense counsel.

b) The parties previously appeared before the Court on February 5, 2026 to provide an update as to the status of the case, including that the government intended to make a plea offer in the near future.

c) The government has provided defense counsel with a proposed plea agreement. Counsel for the defendant desires additional time to review the discovery, consult with her client, review the current charge, conduct investigation and research related to that charge, and otherwise prepare for trial and consider the plea offer.

d) Counsel for defendant requests just another four weeks to complete her investigation and discussions with her client. The parties anticipate that at the next status conference they will be prepared to either set trial dates or proceed with a change of plea hearing.

e) Counsel for the defendant believes that the failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 28, 2026, to June 25, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

*United States v. Pham* – Stipulation to Continue Status Conference; Order

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: May 20, 2026

*/s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
TUNG PHAM

ERIC GRANT
United States Attorney

Dated: May 20, 2026

*/s/ Matthew Thuesen*
MATTHEW THUESEN
Assistant United States Attorney

**ORDER**

**IT IS SO FOUND AND ORDERED** this 22nd day of May, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

*United States v. Pham* – Stipulation to Continue Status Conference; Order

3