HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
TUNG PHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>TUNG PHAM,<br><br>                    Defendant. | Case No. 2:24-CR-00326-DJC<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE:   June 25, 2026<br>TIME:    9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Defendant, TUNG PHAM, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for a status conference on June 25, 2026.

2. By this stipulation, defendant now moves for short continuance of the status conference until July 16, 2026, at 9:00 a.m., and to exclude time between June 25, 2026 and July 16, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes various law enforcement and investigative reports, financial documents, and administrative records, totaling over 7200 bates-stamped pages.  This discovery has

been produced directly to defense counsel.

b)  The parties previously appeared before the Court on February 5, 2026 to provide an update as to the status of the case, including that the government intended to make a plea offer in the near future.

c)  The government has provided defense counsel with a proposed plea agreement. Counsel for the defendant desires additional time to review the discovery, consult with her client, review the current charge, conduct investigation and research related to that charge, and otherwise prepare for trial and consider the plea offer.

d)  The parties are requesting an additional short continuance to further meet and discuss the discovery in this case.

e)  Counsel for the defendant believes that the failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)  The government does not object to the continuance.

g)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 25, 2026, to July 16, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

*United States v. Pham* – Stipulation to Continue Status Conference; Order

2

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 22, 2026                    */s/ Meghan D. McLoughlin*
                                        MEGHAN D. McLOUGHLIN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        TUNG PHAM


                                        ERIC GRANT
                                        United States Attorney


Dated: June 22, 2026                    */s/ Matthew Thuesen*
                                        MATTHEW THUESEN
                                        Assistant United States Attorney


# ORDER

**IT IS SO FOUND AND ORDERED** this 22nd day of June, 2026.


Dated:  June 22, 2026                   /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE

*United States v. Pham* – Stipulation to Continue Status Conference; Order