HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
TUNG PHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>TUNG PHAM,<br>Defendant. | Case No. 2:24-CR-00326-DJC<br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND TO SET CHANGE OF PLEA HEARING; FINDINGS AND ORDER**<br>DATE: July 16, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Defendant, TUNG PHAM, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for a status conference on July 16, 2026.
2. By this stipulation, defendant now moves to vacate the status conference on July 16, 2026, at 9:00 a.m., and set a change of plea hearing on August 6, 2026, and to exclude time between July 16, 2026 and August 6, 2026, under Local Code T4.
3. The parties agree and stipulate, and request that the Court find the following:
   a) The government has represented that the discovery associated with this case includes various law enforcement and investigative reports, financial documents, and administrative records, totaling over 7200 bates-stamped pages. This discovery has

been produced directly to defense counsel.

b) The parties previously appeared before the Court on February 5, 2026 to provide an update as to the status of the case, including that the government intended to make a plea offer in the near future.

c) The parties have come to a negotiated resolution of this matter and are therefore requesting that the status conference be vacated and the Court set a change of plea hearing on August 6, 2026, which would allow for additional preparation for the change of plea hearing given the defense's schedule.

d) Counsel for the defendant believes that the failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 16, 2026, to August 6, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

////

////

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: July 14, 2026

/s/ Meghan D. McLoughlin
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
TUNG PHAM

ERIC GRANT
United States Attorney

Dated: July 14, 2026

/s/ Matthew Thuesen
MATTHEW THUESEN
Assistant United States Attorney

**ORDER**

**IT IS SO FOUND AND ORDERED** this 14th day of July, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE