HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
TUNG PHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>TUNG PHAM,<br>Defendant. | Case No. 2:24-CR-00326-DJC<br><br>**STIPULATION TO CONTINUE SENTENCING DATE; ORDER**<br><br>DATE: November 19, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Defendant, TUNG PHAM, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for sentencing on November 19, 2026.

2. By this stipulation, defendant now moves to continue the sentencing hearing until January 21, 2027 at 9:00 a.m. As this is a sentencing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree to the following schedule of remaining deadlines, with the concurrence of probation:

| | |
|---|---|
| Judgment and Sentencing: | January 21, 2027 |
| Reply/Statement of Non-Opposition: | January 14, 2027 |
| Formal Objections: | January 7, 2027 |
| Final PSR: | December 30, 2026 |
| Informal Objections: | December 23, 2026 |
| Draft PSR: | December 10, 2026 |

4. The parties agree and stipulate, and request that the Court find the following:

a) Defense counsel is in the middle of her mitigation investigation as it relates to sentencing under 18 U.S.C. § 3553(a).

b) In addition, defense counsel is currently working with her schedule to prepare for and complete an interview with probation in preparation of the PSR, which also includes accounting for Mr. Pham's work schedule and family obligations. She is hopeful that the interview will be completed in October/November.

c) This is the first requested continuance as to sentencing in this matter.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

////

e) The government does not object to the continuance.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: September 21, 2026

*/s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
TUNG PHAM

Dated: September 21, 2026

*/s/ Matthew Thuesen*
MATTHEW THUESEN
Assistant United States Attorney

**ORDER**

**IT IS SO FOUND AND ORDERED** this 22nd day of September, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE